IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

BONITA KATHOL,

                Plaintiff,

vs.

AMERICAN EXPRESS COMPANY, et al.,

                Defendants.

No. 2:14-cv-0069-HRH

O R D E R

Request for in Camera Review
of Confidential Settlement Agreement

Pursuant to the parties' *Joint Motion for Approval of Confidential Settlement Agreement upon in Camera Review*,[1] filed July 31, 2015, and good cause appearing,

IT IS HEREBY ORDERED that the parties deliver a signed copy of plaintiff's Confidential Settlement Agreement to the undersigned judge at his chambers in Anchorage, Alaska,[2] for an in camera review, along with a stipulation to dismiss with prejudice and a proposed order.  If the court finds that the compromise is a fair and reasonable resolution of a bona fide dispute over FLSA provisions; that the plaintiffs are receiving a reasonable and satisfactory recovery of their claims and payment of attorneys' fees and costs; and that the settlement terms represent a fair and equitable resolution of

---

[1]Docket No. 99.

[2]Judge H. Russel Holland, United States District Court, 222 West 7th Avenue #54, Anchorage AK 99513.

this matter, the court will file the stipulation to dismiss with prejudice and enter an appropriate order. If not, the court will make other such orders as the court finds appropriate.

    DATED at Anchorage, Alaska, this  4th  day of August, 2015.

                                                /s/ H. Russel Holland  
                                                United States District Judge